UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGAN EDWARDS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>versus<br><br>MAISON BOURBON JAZZ CLUB, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 15-6560<br><br>JUDGE MARTIN L.C. FELDMAN<br><br>MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER

**CONSIDERING THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS CASE,** and after evaluating the Confidential Settlement Agreement between the parties *in camera*, and finding the settlement to be fair and reasonable under the Fair Labor Standards Act; it is hereby

**ORDERED,** that the Joint Motion to Approve Settlement and Dismiss Case filed by Plaintiff Megan Edwards and Defendant, Maison Bourbon Jazz Club, LLC ("Maison Bourbon") is **GRANTED** and that the parties' Confidential Settlement Agreement is approved and this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs except as provided in the Confidential Settlement Agreement. The attorneys for the parties shall retain custody of the Confidential Settlement Agreement and all attachments thereto and the Court shall retain jurisdiction address any disputes between the parties regarding same.

  New Orleans, Louisiana, this  29th  day of _____April_____, 2016.

              _____
                UNITED STATES DISTRICT JUDGE

{N3215836.1}